**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**BENJAMIN MATTHEW MELTON** **PETITIONER**
**Reg #50533-177**

**v.** **Case No: 2:25-cv-00217-LPR**

**DOE,**
**Warden, FCI Forrest City Medium** **RESPONDENT**

# ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 8). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and this case is DISMISSED without prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE